FULL NAME: Andre Johnson JR
COMMITTED NAME (if different): André David Johnson
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 30755-B Auld Road, Murrieta, CA 92563 Cois Byrd Detention Center
PRISON NUMBER (if applicable): #202342128

FILED
CLERK, U.S. DISTRICT COURT
OCT 3 0 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Andre Johnson JR

PLAINTIFF,

v.

Riverside County Sheriff's Department, et al
Chad Bianco, sheriff-Coroner
Riverside County
Correctional Captain Rodriguez

DEFENDANT(S).

CASE NUMBER: 5:25-CV-02932-CV-SK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Andre Johnson JR__
(print plaintiff's name)
who presently resides at __30755-B Auld Road Murrieta, CA 92563__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Cois Byrd Detention Center / Murrieta CA__
(institution/city where violation occurred)

---

CV-66 (7/97)          **CIVIL RIGHTS COMPLAINT**          Page 2 of 6

on (date or dates) June 04, 2025 _____, _____, _____.
          (Claim I)      (Claim II)     (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Riverside County Sheriff Dept Chad Bianco__ resides or works at
   (full name of first defendant)
   __4095 Lemon Street Riverside, CA 92501__
   (full address of first defendant)
   __Sheriff-Coroner__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __The head Sheriff for Riverside count Jails who operate,__
   __train, employe Deputy, etc__

2. Defendant __Rodriguez #N4831__ resides or works at
   (full name of first defendant)
   __30755-B Road, Murrieta, CA 92563__
   (full address of first defendant)
   __Correctional Captain__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __The correctional Captain at Cois Byrd Detention Center, County__
   __Jail.__

3. Defendant __Coleman #N3002__ resides or works at
   (full name of first defendant)
   __30755-B Road, Murrieta, CA 92563__
   (full address of first defendant)
   __Sergeant__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __A Sergeant who's employed by Riverside County Sheriff County Jail__
   __Cois Byrd Detention Center__

4. Defendant __John Does__ resides or works at
   (full name of first defendant)
   __30755-B Auld Road, Murrieta, CA 92563__
   (full address of first defendant)
   __Correctional Deputy__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Employed by Riverside County Sheriff's Department in the County Jail.__

5. Defendant __Riverside County__ resides or works at
   (full name of first defendant)
   __3900 Main Street, Riverside, CA 92522__
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Riverside County Supervise Riverside County Sheriff's Department__

D. **CLAIMS***

**CLAIM I**

The following civil right has been violated:

Defendant John Does, Correctional Deputies' use of excessive force violated Plaintiff's rights and constituted cruel and unusual punishment under the Eighth Amendment of the United States Constitution. Defendant Riverside County has authorize and contract Riverside County Sheriff's Department Defendant Chad Bianco to operate, run, train, etc Correctional Deputies in the County Jails, specific Cois Byrd Detention Center where Correctional Captain Rodriguez allegedly provide the inmates within their custody with the rights, protection, and services. Last, Sergeant Coleman watch and allowed Correctional Deputies John Does to use excessive force. Plaintiff grievance this matter to the respective Supervisors, and Defendants claim allegations were unfounded as nothing occurred. Defendants allowed Correctional Deputies to use excessive force maliciously and sadistically to cause harm without any acknowledgment or reprimand.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Plaintiff arrived at Cois Byrd Detention Center, County Jail, transportation Dept for housing. As Plaintiff tried to explain his safety and security concerns to Sergeant, Corporal, and others. Defendants became very aggressive towards me and try to force me into a wheelchair. Thats when Plaintiff sat on ground to prevent more pain. Defendants force Plaintiff to lay flat on the ground where he was leg chained. Defendant John Doe grabbed the middle leg chain lifting Plaintiff in mid air currying Plaintiff to the safety cell as a punishment. It extremely cause pain and harm. From Transportation to the Safety Cell is a very far distance. In the Safety cell, Plaintiff was yelling for Defendant John Doe to remove his knee off the handcuff of his right wrist that cause extreme pain and a injury. This incident occurred on June 04, 2025. On August 20, 2025, A X-Ray was conducted resulting in Snuffbox Tenderness injury to my right wrist. Defendants placed Plaintiff into a Safety cell as a punishment without any evidence of intent in harming others and/or himself. Plaintiff was handcuffed in Safety cell.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Wherefore, Plaintiff respectfully prays that this Court enter judgement granting Plaintiff:

(1) A declaration that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the United States.

(2) A preliminary and permanent injunction ordering Defendants to stop cuffing inmates in mid-air by the leg chains and stop placing inmates into the safety cell as a form of punishment. Last refrain from aggressive when dealing with inmates.

(3) Compensatory damages in the amount of $110,000.00 against each Defendant, jointly and/or severally.

(4) Punitive damages in the amount of $110,000.00 against each Defendant, jointly and/or severally.

(5) A Jury trial on all issues triable by Jury.

(6) Plaintiff's costs in this suit.

(7) Any additional relief this Court deems just, proper, and equitable.

October 27, 2025
(Date)

Andre Johnson Jr
(Signature of Plaintiff)

```
10/11/2025    2218    JAIL INFORMATION MANAGEMENT SYSTEM    SSCA A. Puentes
                                   PRINT MONEY CARD
                            BOOKING NUMBER: 202342128
                              NAME: JOHNSON, ANDRE DAVID

 DATE          TIME   TYPE         MODE        AMOUNT      REASON
────────────────────────────────────────────────────────────────────────────────
10/12/2023     1810   INTAKE       CASH          4.00
CASHIER: SCA L. Naphosaysavath                             CD U. WILLIAMS

10/23/2023     1808   OTHER        CHECK        25.00      eDeposit 111008557
CASHIER: Keefe Commissary Network                          eDp    Blackston Christie C

10/24/2023     0716   ADJUSTMENT   CASH          2.93      COMMISSARY CREDIT
CASHIER: Keefe Group Commissary                                   128569703

11/08/2023     1508   OTHER        CHECK        30.00      eDeposit 112368994
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

11/25/2023     1409   OTHER        CHECK        30.00      eDeposit 112205690
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

12/14/2023     0913   OTHER        CHECK       100.00      eDeposit 113110470
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

12/20/2023     0621   ADJUSTMENT   CASH          3.94      COMMISSARY CREDIT
CASHIER: Keefe Group Commissary                                   128603838

 1/31/2024     2135   OTHER        CHECK        40.00      eDeposit 117037650
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 2/18/2024     1415   OTHER        CHECK        50.00      eDeposit 117789314
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 2/26/2024     2149   OTHER        CHECK        30.00      eDeposit 118159904
CASHIER: Keefe Commissary Network                          eDp    Adams Gary Levon

 3/03/2024     1426   OTHER        CHECK        30.00      eDeposit 118473193
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 3/25/2024     0739   ADJUSTMENT   CASH          1.69      COMMISSARY CREDIT
CASHIER: Keefe Group Commissary                                   128664756

 4/06/2024     1930   OTHER        CHECK        40.00      eDeposit 119961513
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 4/21/2024     1310   OTHER        CHECK        50.00      eDeposit 120668907
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 5/19/2024     0753   OTHER        CHECK        40.00      eDeposit 122146228
CASHIER: Keefe Commissary Network                          eDp    Harris Patrice C

 5/21/2024     0638   ADJUSTMENT   CASH          1.32      COMMISSARY CREDIT
CASHIER: Keefe Group Commissary                                   128703918

 6/09/2024     1537   OTHER        CHECK        45.00      eDeposit 123109571
```

```
10/11/2025   2218   JAIL INFORMATION MANAGEMENT SYSTEM   SSCA A. Puentes
                              PRINT MONEY CARD
                         BOOKING NUMBER: 202342128
                         NAME: JOHNSON, ANDRE DAVID

 DATE          TIME    TYPE         MODE      AMOUNT     REASON
----------------------------------------------------------------------
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  6/18/2024   0753   ADJUSTMENT    CASH          7.16    COMMISSARY CREDIT
  CASHIER: Keefe Group Commissary                              128722404

  6/29/2024   0821   OTHER         CHECK        50.00    eDeposit 124181778
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  7/26/2024   1059   OTHER         CHECK        50.00    eDeposit 125415829
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  7/26/2024   1816   OTHER         CHECK        50.00    eDeposit 125453199
  CASHIER: Keefe Commissary Network              eDp     Young Andressa

  8/13/2024   2002   OTHER         CHECK        60.00    eDeposit 126473294
  CASHIER: Keefe Commissary Network              eDp     Torres Maria G

  8/31/2024   1454   OTHER         CHECK        50.00    eDeposit 127442849
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  9/21/2024   1320   OTHER         CHECK        50.00    eDeposit 128583091
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

 10/01/2024   0738   ADJUSTMENT    CASH          2.03    COMMISSARY CREDIT
  CASHIER: Keefe Group Commissary                              128787163

 10/16/2024   2357   OTHER         CHECK        50.00    eDeposit 130626991
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

 10/30/2024   0654   ADJUSTMENT    CASH         20.78    COMMISSARY CREDIT
  CASHIER: Keefe Group Commissary                              128805493

 11/07/2024   0716   ADJUSTMENT    CASH          1.69    COMMISSARY CREDIT
  CASHIER: Keefe Group Commissary                              128811493

 11/28/2024   0936   OTHER         CHECK        40.00    eDeposit 133729595
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  2/22/2025   0817   OTHER         CHECK        40.00    eDeposit 113944931
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  4/28/2025   1401   OTHER         CHECK        40.00    eDeposit 125494895
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  6/08/2025   1059   OTHER         CHECK        40.00    eDeposit 156362184
  CASHIER: Keefe Commissary Network              eDp     Harris Patrice C

  7/04/2025   1548   OTHER         CHECK        90.00    eDeposit 157709310
  CASHIER: Keefe Commissary Network              eDp     House Shatela Carmill
```

*Handwritten annotation:* May - today / 6 month

*Stamp:* 2025 OCT 11 PM10:24:03 CBDC

```
10/11/2025   2218    JAIL INFORMATION MANAGEMENT SYSTEM    SSCA A. Puentes
                              PRINT MONEY CARD
                       BOOKING NUMBER: 202342128
                           NAME: JOHNSON, ANDRE DAVID

 DATE          TIME   TYPE          MODE       AMOUNT     REASON
 ─────────────────────────────────────────────────────────────────────

  8/06/2025   1451   ADJUSTMENT     CASH         0.60    COMMISSARY CREDIT
 CASHIER: Keefe Group Commissary                                128980570

  9/15/2025   0709   OTHER          CHECK       50.00    eDeposit 161188139
 CASHIER: Keefe Commissary Network                        eDp    Harris Patrice C

  9/21/2025   2159   OTHER          CHECK       50.00    eDeposit 161491116
 CASHIER: Keefe Commissary Network                        eDp    Harris Patrice C

 10/01/2025   0736   ADJUSTMENT     CASH         2.70    COMMISSARY CREDIT
 CASHIER: Keefe Group Commissary                                129016648

                 SUB-TOTAL BALANCE:            1268.84

     SERVICE AMERICA COMMISSARY:               1268.77-  (SEE ATTACHED FOR DETAIL)

                 TOTAL BALANCE:                   0.07
```

2025 OCT 11 PM10:24:08
CBDC

10/11/2025   2218   JAIL INFORMATION MANAGEMENT SYSTEM   SSCA A. Puentes
PRINT MONEY CARD
BOOKING NUMBER: 202342128
NAME: JOHNSON, ANDRE DAVID

COMMISSARY DETAIL

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE | AM |
|------|--------|------|--------|------|--------|------|-----|
| 10/23/2023 | 2.93- | 10/24/2023 | 23.21- | 10/26/2023 | 5.65- | 10/31/2023 | |
| 11/07/2023 | | 11/14/2023 | 26.28- | 11/21/2023 | 3.15- | 11/28/2023 | 30.29- |
| 11/30/2023 | | 12/07/2023 | | 12/19/2023 | 35.59- | 1/04/2024 | 25.90- |
| 1/09/2024 | 8.72- | 1/11/2024 | 11.72- | 1/16/2024 | 10.00- | 1/23/2024 | 11.15- |
| 2/06/2024 | 19.11- | 2/08/2024 | 9.43- | 2/13/2024 | 12.61- | 2/20/2024 | 27.89- |
| 2/29/2024 | 32.45- | 3/05/2024 | 12.58- | 3/07/2024 | 7.13- | 3/12/2024 | 10.00- |
| 3/21/2024 | 19.62- | 3/28/2024 | 1.22- | 4/02/2024 | | 4/17/2024 | 24.24- |
| 4/22/2024 | 16.65- | 4/29/2024 | 16.68- | 5/06/2024 | 33.33- | 5/08/2024 | |
| 5/20/2024 | 26.25- | 5/22/2024 | 5.10- | 5/29/2024 | 9.76- | 6/03/2024 | |
| 6/10/2024 | 29.31- | 6/12/2024 | 5.67- | 6/17/2024 | 10.17- | 6/19/2024 | 7.16- |
| 6/24/2024 | | 7/01/2024 | 28.88- | 7/03/2024 | 10.82- | 7/08/2024 | 10.24- |
| 7/10/2024 | | 7/24/2024 | | 7/29/2024 | 25.29- | 8/05/2024 | 23.97- |
| 8/14/2024 | 53.17- | 8/19/2024 | 32.70- | 8/28/2024 | 24.43- | 9/04/2024 | 24.97- |
| 9/16/2024 | 25.37- | 9/18/2024 | | 9/23/2024 | 25.78- | 9/30/2024 | 2.03- |
| 10/01/2024 | 21.52- | 10/03/2024 | 2.95- | 10/08/2024 | | 10/29/2024 | 20.78- |
| 11/06/2024 | 23.58- | 11/11/2024 | 27.41- | 11/13/2024 | | 11/27/2024 | |
| 12/02/2024 | 23.18- | 12/09/2024 | 17.21- | 12/23/2024 | | 1/06/2025 | |
| 1/13/2025 | | 1/22/2025 | | 1/29/2025 | | 2/05/2025 | |
| 2/24/2025 | 14.12- | 3/24/2025 | 25.75- | 3/26/2025 | | 4/02/2025 | |
| 4/09/2025 | | 4/16/2025 | | 4/29/2025 | 28.05- | 5/06/2025 | 12.33- |
| 5/08/2025 | | 5/15/2025 | | 5/27/2025 | | 6/10/2025 | 19.54- |
| 6/17/2025 | 10.27- | 6/24/2025 | 9.99- | 7/10/2025 | 34.93- | 7/17/2025 | 3.34- |
| 7/22/2025 | 30.91- | 7/29/2025 | 10.26- | 8/05/2025 | 10.60- | 8/07/2025 | |
| 8/14/2025 | | 8/21/2025 | | 8/28/2025 | | 9/09/2025 | |
| 9/16/2025 | 15.66- | 9/18/2025 | 21.41- | 9/23/2025 | 17.16- | 9/30/2025 | 25.34- |
| 10/02/2025 | 13.88- | 10/07/2025 | 10.00- | | | | |

6 months

2025 OCT 11 PM10:24:14
CBDC

*Submitted 6/9/25*
*DVR purpose*
*Emergency*

# RIVERSIDE COUNTY JAIL GRIEVANCE FORM
*(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)*
**Please Print Clearly** *(Favor De Escribir Claramente)*

Cell # F-H01

☐ Blythe Jail   ☐ JBDC   ☐ RPDC   ☐ SCF   ☑ CBDC

**From** *(Departe De)*: Johnson, Andre
Name (Last, First, Middle)
Booking Number: 2023412128
Date: 06/09/25

**Grievance is about** *(Queja)*:
☐ Jail Procedures   ☑ Jail Conditions
☑ Jail Staff   ☐ Medical   ☐ Mental Health
☑ Other *(Otra Queja)*: Matter - Disciplinary / Excessive Force

**Date and time of incident**: 06/04/25 1pm to 5pm

**Describe the reason for your grievance:**
Transportation Department were very aggressive and rude. They utilized excessive force throughout the entire incident. Cpl Lundy and Sgt Coleman watched and allowed it. One deputy grabbed me by the leg chain and carrying me into the safety cell. The handcuff left a bruise on both wrist. In the safety cell a deputy knee was on the handcuff. There was a matter place into property without any hearing and/or me being aware of it. ☆ Review DVR until inside safety cell ☆

**Signature:** Andre Johnson

**Received by:** Johnson N5578    Date: 6/10/25   Time: 0800

**Recommendations / Resolution:**
Your claim is being investigated and you will receive a response from CBDC administration.

**Supervisor:** Johnson N5578    Date: 6/10/25   Time: 1000

**Supervisor Findings:** See above response

**Signature at completion:** Andre Johnson   Date: 6-10-15
**Reviewing Deputy:** Cpl Paul   **ID Number:** N4577

*Side note: Cpl Gilbert - ads 6/10 Mann pulled me throw[?] handcuff it - Cpl Gilbert remove the handcuff because I couldn't move it.*

~Refer to The Orientation Pamphlet for more information regarding the grievance process, including your right to appeal initial findings~

Distribution:
White – Booking File
Yellow – Facility Commander
Pink – Individuals Copy
Goldenrod – Individuals Receipt

RCS Form 559 (Rev. 12/10/24)



# Riverside County Sheriff's Office
### *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

June 14, 2025

Andre Johnson
Cois Byrd Detention Center
30755-B Auld Road
Murrieta, CA 92563
Booking Number: 202342128

**Re: Civilian Complaint Report RSO2025-0093**

Mr. Johnson:

The Riverside County Sheriff's Department has completed an investigation following your complaint alleging misconduct against a member(s) of our agency. The investigation concluded your allegation(s) of misconduct was determined to be ***unfounded.***

The report will remain on file in Sheriff's Administration in accordance with Sheriff's Department Policy. Pursuant to California Penal Code section 832.7(a), and/or Riverside County Sheriff's Department policy, the report completed in response to your complaint is confidential and may be released only through discovery in a court of law as mandated by California Evidence Code sections 1043 and 1046.

Sincerely,

CHAD BIANCO, SHERIFF

*[signature]*

C. Lieutenant Lemons N3506
Cois Byrd Detention Center

CB:cl



# RIVERSIDE COUNTY SHERIFF'S OFFICE
## CHAD BIANCO, SHERIFF

**COIS M. BYRD DETENTION CENTER**
30755–B Auld Road, Murrieta, CA 92563 • (951) 696-3050

## *Memorandum*

**To:** I/M Johnson, Andre #202342128      **Date:** July 21, 2025

**From:** Correctional Captain Rodriguez #N4831

**RE:** Grievance dated July 7, 2025; reference alleged "Disciplinary- Excessive Force"

This memorandum is regarding the Inmate Grievance Form you submitted on July 7, 2025. In your grievance you claimed you were the victim of "extremely excessive force" by staff.

After a thorough review of your original grievance and the response from Correctional Lieutenant Lemons. I concur with his response; the Sheriff's Office investigated your original claim, under file #RSO2025-0093, and it was unfounded.

The Sheriff's Office strives to provide the inmates within our custody with the rights and services they are afforded. It is our continued goal to maintain a professional relationship with those incarcerated within the jail. I am satisfied that your concerns have been appropriately addressed, and no further action is anticipated regarding this grievance.

Sincerely,

Correctional Captain Rodriguez



# Riverside County Sheriff's Office
## *Chad Bianco, Sheriff-Coroner*

4095 Lemon Street • Riverside • California • 92501
www.riversidesheriff.org

August 6, 2025

Andre Johnson
Booking Number: 202342128
Cois M. Byrd Detention Center
30755-B Auld Rd.
Murrieta, CA 92563

Re:   Civilian Complaint Report RSO2025-0093

Dear Mr. Johnson

The Riverside County Sheriff's Office has received and reviewed your correspondence. Based on your communication, please refer to the below information:

> The Riverside County Sheriff's Office previously completed a thorough investigation into your complaint. The investigation concluded your allegation(s) of misconduct by a Department member(s) was ***unfounded***. During that investigation, no additional information or evidence was obtained to indicate any misconduct, culpability, or failure of any other Department member(s) in connection with your complaint. Therefore, no additional investigation will be conducted.

We hope this letter adequately addresses your questions and concerns.

Sincerely,

CHAD BIANCO, SHERIFF

C. Durham , Captain
Professional Standards Bureau

CB:CD:ts

FH 75
8/22/2025 10:21:36 AM PDT



County of Riverside
4000 Orange St.
Riverside, CA 92501

| | | |
|---|---|---|
| Patient: JOHNSON, ANDRE DAVID | #:202342128 | Lang: English |
| DOB: 2/16/1991 (Age=34) | Sex: M | Race: B |
| Housing: SWC-FH75-FH75 | Court Date: 8/27/2025 8:30:00 AM | Type: |
| Status: ACTIVE | Booking Date: 10/12/2023 3:32:00 PM PDT | Release: |



## Grievance

Closed

| Date Of Grievance: | Date Received: | Date of Response: |
|---|---|---|
| 8/21/2025 | 8/21/2025 | 8/22/2025 |

Grievance Types:
Dissatisfied with quality of medical care
Other

### Description:
Mr. Johnson states that medical staff refused to give appropriate medical attention to his wrist after discovering he had snuff box tenderness. States that he was refused a new wrap and zip ties. Also, states that sound machine was not on during visit.

### Response:
Mr. Johnson most recently had an Xray of his wrist on 8/20/25. Xray results were reviewed by provider and results were relayed to patient on 8/21/25. Plan of care is to follow-up with another Xray if Mr. Johnson has snuffbox tenderness in 7-10 days and no other orders noted at this time. All plan of care is at the discretion of the onsite providers. Mr. Johnson is encouraged to rest his right wrist to allow recovery and to take pain medication as needed to lower pain level. If pain persists in 7-10 days, please fill out a sick call slip to be assessed by medical. Medical staff will be talked with about ensure sound machines are turned on during all medical encounters.



County of Riverside
4000 Orange St.
Riverside, CA 92501

8/6/2025 7:00:52 AM PDT

| | | |
|---|---|---|
| **Patient:** JOHNSON, ANDRE DAVID | **#:** 202342128 | **Lang:** English |
| **DOB:** 2/16/1991 (Age=34) | **Sex:** M | **Race:** B |
| **Housing:** SWC-FH75-FH75 | **Court Date:** 9/16/2025 8:30:00 AM | **Type:** |
| **Status:** ACTIVE | **Booking Date:** 10/12/2023 3:32:00 PM PDT | **Release:** |



**Grievance**

| Date Of Grievance: | Date Received: | Date of Response: | Closed |
|---|---|---|---|
| 8/1/2025 | 8/1/2025 | 8/6/2025 | |

Grievance Types:
Dissatisfied with quality of medical care
Other

Description:
Mr. Johnson states that he was refused appropriate medical attention by the nurse and was refused to be assigned an appointment with the doctor. States that he injured his wrist and has bruising from handcuffs to his right hand.

Response:
Mr. Johnson was seen on 8/1/25 for complaints of right wrist pain and requesting zip ties. Medical documentation at time of visit shows a thorough review of patient's right wrist with subjective and objective assessment data. At time of visit there was no significant findings that permitted the need to see the onsite provider or need for handcuff restrictions. Documentation suggests that Mr. Johnson became verbally agitated and inappropriate resulting in medical visit being cut short by custody staff due to Mr. Johnson's behavior. The assigned nurse started the pain protocol for ibuprofen 400mg twice a day as needed. Mr. Johnson has only taken the medication at night. Mr. Johnson is advised to take pain medication as prescribed to help low pain level to a tolerable level. He is also advised to avoid physical activity that puts strain on the wrist until healed. The nurse assigned to the POD during visit will be spoken with about ensuring professionalism during all patient encounters. If Mr. Johnson has any further medical issues, he is advised to fill out a blue slip to be assessed by medical.