UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:25-cv-02932-CV (SK)                        Date: February 9, 2026

Title      Andre Johnson Jr. v. Riverside County Sheriffs Department et al.

Present:  The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
| --- | --- |
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):
None present                                  None present

**Proceedings:**       (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On December 9, 2025, the court authorized plaintiff to serve his complaint on defendants Riverside County, Sheriff Chad Bianco and Deputy Sheriff Rodriguez (in their official capacities), Deputy Sheriff Coleman and three Riverside County Deputy Sheriff Does (in their individual capacities) with the assistance of the United States Marshals Service. (ECF 9). To that end, plaintiff had until January 8, 2026 to complete and submit separate USM-285 forms for each defendant to be served by the Marshals Service. (*Id.* at 4). Plaintiff was advised that failure to send the completed forms to the Clerk of the Court by January 8, 2026 may result in the dismissal of the action for failure to prosecute. (*Id.*). As of this order, however, the court has received none of the required USM-285 forms, nor has plaintiff sought an extension of time to submit those forms after the January 8 deadline.

Therefore, plaintiff is ORDERED TO SHOW CAUSE by **March 2, 2026**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this order by dismissing this case without prejudice using the attached notice of voluntary dismissal (Form CV-09x). Alternatively, if he intends to prosecute this action, he may discharge this order by sending complete and accurate USM-285 forms. As a courtesy, another copy of the previously provided forms (along with instructions for completing them) are attached to this order. Failure to send the completed USM-285 forms, to file a notice of voluntary dismissal, or to otherwise timely respond to this order may lead to involuntary dismissal of this action for failure to prosecute and obey court orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.